UNITED STATES of America, Plaintiff–Appellee,

v.

Marion Shawn ANDERSON, Defendant–Appellant.

No. 01–4518.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 20, 2001.

Decided Dec. 27, 2001.

Marion Shawn Anderson, Pro Se. Philip S. Jackson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before LUTTIG, TRAXLER, and GREGORY, Circuit Judges.

PER CURIAM.

Marion Shawn Anderson seeks to appeal a judgment in a criminal case. We dismiss the appeal for lack of jurisdiction because Anderson's notice of appeal was not timely filed. Parties are accorded ten days after entry of the district court's judgment to note an appeal, *see* Fed. R.App. P.

4(b)(1)(A)(i), unless the district court extends the appeal period under Fed. R.App. P. 4(b)(4). This appeal period is "mandatory and jurisdictional." *Browder v. Director, Dep't of Corrections,* 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson,* 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on September 29, 2000. Anderson's notice of appeal was filed on June 18, 2001.* Because Anderson failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

William Lee Richardson, Jr., appeals the district court's order denying relief on his civil complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny Richardson's motions to proceed in forma pauperis and dismiss this appeal on the reasoning of the district court. *See Richardson v. F and M Bank,* No. CA–01–721–2 (S.D.W.Va. Oct. 10, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*

---

* For the purpose of this appeal, we assume that the date appearing on the notice of appeal is the filing date. *See* Fed. R.App. P. 4(c); *Houston v. Lack,* 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988).